AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Dr. Richard Samuel Piazza<br><br>*Defendant(s)* | Case No.<br>1:19-mj-45 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2017 through Present__ in the county of __Kent__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C), and 841(b)(2) | Conspiracy to Distribute Schedule II and IV Controlled Substances |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Justin Reniger, TFO DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/11/19

*Judge's signature*

City and state: Grand Rapids, Michigan    Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*