UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 1:19-cr-50

        Hon. Janet T. Neff
        United States District Judge

DR. RICHARD SAMUEL PIAZZA,

        Defendant.
_____/

**CERTIFICATE IN ACCORDANCE WITH
ADMINISTRATIVE ORDER NO. 15-CL-78**

    Defense counsel has consulted with Assistant United States Attorney in this matter, Clay Stiffler. The government does not oppose defense counsel's motion for examinations pursuant to 18 U.S.C. §§ 4241(a) and 4242(a). However, the government is requesting that the examinations are completed in the custody of BOP. Dr. Piazza is requesting that the examination is completed locally, so that Dr. Piazza can continue to reside at Alternative Directions.

    This Certificate is being filed in accordance with Administrative Order No. 15-RL-78.

        Respectfully submitted,

        SHARON A. TUREK
        Federal Public Defender

        /s/ Sean R. Tilton
        SEAN R. TILTON
        Assistant Federal Public Defender
        50 Louis NW, Suite 300
        Grand Rapids, Michigan 49503
Dated: May 20, 2019        (616) 742-7420